IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEVON ROGERS,<br><br>　　　　　Defendant. | 8:15CR154<br><br>**ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for November 3, 2015 at 12:30 p.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

September 2, 2015

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge